UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

U.S. COMMODITY FUTURES TRADING
COMMISSION,

                              Plaintiff,

          v.

JADE INVESTMENTS GROUP LLC,
JADEFX LTD a/k/a JADEFX LLC and
JACOB JUMA OMUKWE,

                              Defendants.

ORDER

Case No. 11-cv-128-wmc

---

      Pursuant to the record in this case, the March 2nd, 4th and 8th hearings and entry of a Consent Order of Permanent Injunction, the clerk of court is directed to close this case, subject to reopening within the next 180 days for good cause shown or upon need for further court action to enforce the terms of the outstanding Statutory Restraining Order and Consent Order, both of which remain in full force and effect.

      Entered this 8th day of March, 2011.

                                            William M. Conley
                                            District Judge